RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 05/06/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZA CLARK<br>LA. DOC #331222 | CIVIL ACTION NO. 6:09-1491<br><br>SECTION P |
| VERSUS | JUDGE DOHERTY |
| WARDEN, ALLEN CORRECTIONS CENTER | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 8] of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections [Doc. 9] filed by petitioner[1], and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED and DISMISSED WITH PREJUDICE because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___6___ day of ___May___, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] The "objections" filed by petitioner consist of several documents that petitioner argues evince his compliance with court orders. Nothing presented in these documents show that the recommendation of the magistrate judge is erroneous.